JULIA NOWASKI, Individually and as Administratrix of the Estate of JOHN NOWASKI, Deceased, Respondent, v. MAXIM BOBINSKI, Appellant.— Appeal by defendant from an order denying his motion to dismiss the plaintiff's complaint for failure to state a cause of action pursuant to rule 106 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements, with leave to

defendant to answer within ten days from the entry of the order hereon. No opinion. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.